John Thomas Newman, plaintiff in error, v. Lawrence Ice Cream Company, defendant in error. Gen. No. 26,190.

Action for personal injuries caused by collision between automobile and motor truck. Judgment of *nil capiat*. Error to the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed January 10, 1921.

Alexander K. Gembick and James Percival Pio, for plaintiff in error. Bassler, Bippus & Rose, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. George E. Davidson, plaintiff in error. Gen. No. 26,259.

Conviction on charge of failure to support wife. Error to the Municipal Court of Chicago; the Hon. Frank H. Graham, Judge, presiding. Heard in this court at the October term, 1920. Reversed. Opinion filed January 10, 1921.

Benjamin G. Pollard, for plaintiff in error. Robert E. Crowe and Edward E. Wilson, for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

C. B. Shane Company, complainant. The People of the State of Illinois, v. Raincoat Makers' Union, etc., et al. In the matter of the contempt of M. Fineberg, plaintiff in error. Gen. No. 26,287.

Contempt proceedings for disobedience of injunction against strike breakers. Judgment of guilty. Error to the Superior Court of Cook county; the Hon. Denis E. Sullivan, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed January 10, 1921.

Saltiel & Rossen, for plaintiff in error. No appearance for defendant in error.

Mr. Justice McSurely delivered the opinion of the court.

---

Jacob Czaezewicz, appellant, v. The People of the State of Illinois ex rel. First National Bank of Hammond, Indiana, appellee. Gen. No. 26,721.

Contempt proceedings against city treasurer for failure to obey order to turn over funds to successor. Order of commitment. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the March term, 1920. Motion allowed and order affirmed. Opinion filed January 14, 1921.

No appearance for appellant. Burton, Kannally & Megan, for appellee.

Per Curiam.